**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE
FARM FIRE AND CASUALTY
COMPANY,

    Plaintiffs,

v.                                                            CASE NO.: 6:20-cv-00331-PGB-GJK

COLONIAL MEDICAL CENTER, INC.
d/b/a KISSIMMEE MEDICAL &
WELLNESS CENTER, and
CESAR N. ABIERA, M.D.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company and Defendants, Colonial Medical Center, Inc. d/b/a Kissimmee Medical & Wellness Center, and Cesar N. Abiera, M.D., (collectively the "Parties"), by their respective undersigned counsel and pursuant to Local Rule 3.08(a), jointly advise the Court that the parties have reached a confidential settlement resolving all claims between the parties in the above-captioned action. The parties are finalizing the terms of the settlement agreement and expect to dismiss all claims with prejudice within twenty-eight (28) days of this Notice, with each party to bear his or its own fees and costs.

| | |
|---|---|
| Dated: June 26, 2020. | By: /s/ Nicholas J. Purvis |
| | David I. Spector, **Trial Counsel** |
| | Florida Bar Identification No. 086540 |
| | Nicholas J. Purvis, **Trial Counsel** |
| | Florida Bar Identification No. 054268 |
| | James J. Duffy |
| | Florida Bar Identification No. 68662 |
| | **HOLLAND & KNIGHT LLP** |
| | 777 South Flagler Drive, Suite 1900W |
| | West Palm Beach, FL 33401 |
| | Telephone: (561) 833-2000 |
| | Facsimile: (561) 650-8399 |
| | E-mail: david.spector@hklaw.com |
| | nicholas.purvis@hklaw.com |
| | james.duffy@hklaw.com |
| | kim.roark@hklaw.com |
| | *Attorneys for the State Farm Plaintiffs* |
| Dated: June 26, 2020 | By: /s/Sandford R. Topkin |
| | Sandy Topkin, Esq. |
| | **Topkin & Partlow, P.L.** |
| | 1166 W Newport Center Drive |
| | Suite 309 |
| | Deerfield Beach, FL. 33442 |
| | Telephone: (954) 422-8422 |
| | stopkin@topkinlaw.com |
| | *Attorneys for Colonial Medical Center, Inc.* |
| | *d/b/a Kissimmee Medical & Wellness Center,* |
| | *and Cesar N. Abiera, M.D.* |

## NOTICE OF ENDORSEMENT

Pursuant to the CM/ECF Administrative Procedure 3J(3), I, Nicholas J. Purvis, Esq., hereby certify that counsel for the Defendants, Sandy Topkin, Esq. authorized me to file this Joint Notice on their behalf with their electronic signature affixed hereto.

/s/ Nicholas J. Purvis
NICHOLAS J. PURVIS
Fla. Bar No. 054268

#75770985_v2

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Nicholas J. Purvis*
NICHOLAS J. PURVIS
Fla. Bar No. 054268

## SERVICE LIST

| |  |
|---|---|
| Kimberly Simoes, Esq.<br>**SIMOES DAVILA, PLLC**<br>910 SW 1st Avenue<br>Suite 201<br>Ocala, FL 34471<br>Telephone: (352) 612-4124<br>Kimberly@SimoesDavila.com<br><br>*Attorneys for Colonial Medical Center, Inc. d/b/a Kissimmee Medical & Wellness Center, and Cesar N. Abiera, M.D.*<br><br>Sandy Topkin, Esq.<br>**TOPKIN & PARTLOW, P.L.**<br>1166 W Newport Center Drive<br>Suite 309<br>Deerfield Beach, FL. 33442<br>Telephone: (954) 422-8422<br>stopkin@topkinlaw.com<br><br>*Attorneys for Colonial Medical Center, Inc. d/b/a Kissimmee Medical & Wellness Center, and Cesar N. Abiera, M.D.* | |

#75770985_v2